[Crim. No. 475. Fourth Dist. Dec. 9, 1942.]

THE PEOPLE, Respondent, v. ROBERT W. LARKIN, Appellant.

 

No appearance for Appellant.

Earl Warren, Attorney General, for Respondent.

THE COURT.—The attorney general has moved to affirm the judgment under the provisions of section 1253 of the Penal Code.

The clerk's transcript was filed in this court on September 23, 1942, and the reporter's transcript on November 12, 1942. The case was placed on the calendar of December 8, 1942, for argument. No appearance has been made for the appellant, no brief has been filed in his behalf, and no extension of time has been asked for or granted.

The judgment is affirmed.